PROB 12C
(7/93)

Report Date: May 2, 2012

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 03 2012

JAMES R LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Noel Ramirez-Mendoza        Case Number: 2:10CR02046-001

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 7/6/2010

| | | |
|---|---|---|
| Original Offense: | Alien in United States After Deportation, 8 U.S.C. § 1326(a) | |
| Original Sentence: | Prison - 10 Months<br>TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alexander Carl Ekstrom | Date Supervision Commenced: 2/9/2011 |
| Defense Attorney: | James Stewart Becker | Date Supervision Expires: 2/8/2014 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Ramirez-Mendoza was arrested on March 31, 2012, for fourth degree assault under the alias of David Hernan Mendoza (Granger Municipal Court, case number C00010156).<br><br>According to court records, the defendant posted a $1,500 bond and was released from custody on April 2, 2012. His next hearing is scheduled for May 7, 2012. |
| 2 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Ramirez-Mendoza reentered the United States after deportation on March 31, 2012, as noted in violation number 1. |


Prob12C
Re: Ramirez-Mendoza, Noel
May 2, 2012
Page 2

    3      **Special Condition #1**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

           **Supporting Evidence**: Mr. Ramirez-Mendoza returned to the United States on March 31, 2012, without advance legal permission from the United States Attorney General or his designee.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  May 2, 2012

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

5/3/12
Date