PROB 12C
(7/93)

Report Date: October 31, 2013

# United States District Court

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 0 4 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

Name of Offender: Noel Ramirez-Mendoza          Case Number: 2:10CR02046-001

Address of Offender: Northwest Detention Center, Tacoma, Washington

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: July 6, 2010

| | | |
|---|---|---|
| Original Offense: | Alien in United States After Deportation, 8 U.S.C. § 1326 | |
| Original Sentence: | Prison 10 months; TSR 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: August 2, 2012 |
| Defense Attorney: | Rebecca L. Pennell | Date Supervision Expires: May 1, 2015 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On October 19, 2013, the defendant was arrested by the Yakima County Sheriff's Office (YSO), in Yakima, Washington, and charged with first degree burglary, case number 13C15833. |
| | According to the YSO narrative, on October 19, 2013, the defendant was observed walking near a homeowners' fence, when he opened the fence gate and walked through.  The homeowner stated the defendant had his coat pulled up over his head and held a knife with the blade out.  The homeowner stated when he approached the back yard, she yelled at him to go away and slammed the door.  She reported, he turned, walked toward the garage, and entered, closing the door and locking it behind him.  The homeowners stated they did not know the man and had never seen him before.  Officers subsequently located the defendant who was hiding in the garage and was found in possession of an 8-inch knife. |
| | It should be noted the status of the charge is unknown at this time as the defendant is currently in the custody of the U.S. Immigration and Customs Enforcement (ICE). |

Prob12C
Re: Ramirez-Mendoza, Noel
October 31, 2013
Page 2

    2      **Special Condition # 1**: You are prohibited from returning to the U.S. without advance legal permission from the U.S. Attorney General or his designee. Should you reenter the U.S., you are required to report to the probation office within 72 hours of reentry.

           **Supporting Evidence**: The defendant illegally reentered the U.S. without permission on or about October 19, 2013, as noted in violation 1. According to the ICE, the defendant was deported to Mexico on August 29, 2012, at San Ysidro, California, and has not obtained legal permission to reenter the U.S.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/31/2013

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

Nov 4 2013
Date