PROB 12C
(7/93)

Report Date: December 6, 2013

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 09 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Noel Ramirez-Mendoza          Case Number: 2:10CR02046-001

Address of Offender: Yakima County Jail, Yakima, Washington

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: July 6, 2010

Original Offense:        Alien in United States After Deportation, 8 U.S.C. § 1326

Original Sentence:       Prison 10 months;              Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Alison L. Gregoire             Date Supervision Commenced: August 2, 2012

Defense Attorney:        Rebecca L. Pennell             Date Supervision Expires: May 1, 2015

---

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on October 31, 2013.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 3 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On November 13, 2013, an indictment was filed in U.S. District Court for the Eastern District of Washington, charging the defendant with Alien in the U.S. After Deportation, in violation of 8 U.S.C. § 1326, docket number 2:13CR02125-WFN-001. |
| | According to the indictment, on or about October 19, 2013, the defendant was found in the Eastern District of Washington. Mr. Ramirez-Mendoza failed to apply for permission from the proper authorities to renter the U.S. |

Prob12C
**Re: Ramirez-Mendoza, Noel**
**December 6, 2013**
**Page 2**

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on October 31, 2013.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/06/2013

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other
[X]   The incorporation of the violation contained in this petition with the other violations pending before the court

Signature of Judicial Officer

12/9/13
Date